IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dixon, Darren

Printed: 1/15/08

Case Number: 07 B 01182
Judge: Wedoff, Eugene R
Filed: 1/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 29, 2007
Confirmed: April 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,580.00 |  |
| Secured: |  | 1,494.68 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 85.32 |
| Other Funds: |  | 0.00 |
| Totals: | 1,580.00 | 1,580.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,333.00 | 0.00 |
| 2. | Consumer Portfolio Services | Secured | 13,049.14 | 1,494.68 |
| 3. | Asset Acceptance | Unsecured | 55.72 | 0.00 |
| 4. | Vativ Recovery Solutions LLC | Unsecured | 61.77 | 0.00 |
| 5. | ER Solutions | Unsecured | 33.58 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 82.50 | 0.00 |
| 7. | Margo Pitner | Priority |  | No Claim Filed |
| 8. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 9. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 10. | Hsbc Nv | Unsecured |  | No Claim Filed |
| 11. | Collection System | Unsecured |  | No Claim Filed |
| 12. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 13. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 14. | Medical Collections | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,615.71 | $ 1,494.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 85.32 |
|  | $ 85.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Dixon, Darren | Case Number:  07 B 01182 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/15/08 | Filed:  1/23/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

